No. 14–5008/AF.   United States, Appellant v. Joshua Katso, Appellee.   CCA 38005. On consideration of the motions filed by the Defense Forensic Center, United States Army Criminal Investigation Laboratory, to file an amicus curiae brief in support of Appellant and to extend time to file a proposed amicus curiae brief in support of Appellant, it is ordered that said motions are hereby granted.   The brief of amicus curiae will be filed on or before September 10, 2014.

Thursday, August 28, 2014

No. 14–0040/NA.   U.S. v. Ethan S. Short.   CCA 201200483.   On further consideration of the granted issue, 73 M.J. 200 (C.A.A.F. 2014), and the briefs of the parties, and in view of *United States v. Davenport*, 73 M.J. 373 (C.A.A.F. 2014), we hold that the record of trial in this case contains a substantially verbatim transcript.

During Appellant's sentencing, an audio recording of the providence inquiry was played for the members.   While the transcript of this portion of the proceedings did not include a verbatim transcript of the recorded providence inquiry, a verbatim transcript of the entire providence inquiry is included earlier in the record. Moreover, Appellant consented to the attachment to the record of an audio recording of the entire trial, which included the recording of the providence inquiry played for the members.

Thus, the substance of the omitted material can "be recalled with fidelity" because it is located elsewhere in the transcript in its entirety.   *See Davenport*, 73 M.J. at 377. Consequently, the omission in this case is not substantial, and, therefore, the transcript here was verbatim.   Accordingly, it is ordered that the decision of the United States Navy–Marine Corps Court of Criminal Appeals is affirmed.

No. 14–0707/AR.   U.S. v. Cortland A. Reid.   CCA 20130671.   On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is granted and the decision of the United States Army Court of Criminal Appeals is affirmed.*

No. 14–0505/AR.   U.S. v. Martin L. Carroll.   CCA 20111158.   Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ABUSED HER DISCRETION BY ACCEPTING APPELLANT'S PLEA OF GUILTY TO DISOBEYING THE ORDER OF HIS COMMANDER IN VIOLATION OF ARTICLE 90, UCMJ, WHEN THE ULTIMATE OFFENSE AT ISSUE WAS THE

---

* It is noted that the military judge neglected to seal the exhibits and transcript relative to a notice to offer evidence under M.R.E. 412.   Accordingly, the Clerk is directed to seal the record at pages 85–97 and Appellate Exhibits XXXIX and XXX.

MINOR OFFENSE OF RESTRICTION BREAKING DESCRIBED UNDER ARTICLE 134, UCMJ, AND THE RECORD DOES NOT REFLECT APPELLANT'S UNDERSTANDING THAT THE ORDER IMPOSING RESTRICTION WAS ISSUED WITH THE FULL AUTHORITY OF HIS COMMANDER'S OFFICE TO LIFT THE DUTY "ABOVE THE COMMON RUCK."

No briefs will be filed under Rule 25.

No. 14–0707/AR.   U.S. v. Cortland A. Reid.   CCA 20130671. (See also APPEALS—SUMMARY DISPOSITIONS this date.)

No. 13–7001/AR.   U.S. v. Hasan K. Akbar.   CCA 20050514.   On consideration of the motion filed by Major Jacob D. Bashore for leave to withdraw as appellate defense counsel, and the motion to deny the motion to withdraw as appellate defense counsel, which this Court construes as an answer to said motion to withdraw as appellate defense counsel, it is ordered that said motion to withdraw as appellate defense counsel is hereby denied without prejudice to re-filing after oral argument or until Appellant declines to waive any appearance of conflict based on counsel's reassignment, which waiver should be sought immediately and submitted to the Court no later than September 15, 2014.